UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROOR INTERNATIONAL BV and
SREAM, INC.,

    Plaintiff,

v.                                      No. 3:19-cv-61-HES-MCR

SMOKER'S PALACE, INC. and
SOHEL DAHI,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before this Court following a Report and Recommendation, entered April 15, 2021 recommending the parties' "Agreed Motion for Final Judgment Against Garnishee Bank of America, N.A." (Dkt. 48) be granted. (Dkt. 49). In their Motion, Plaintiffs, Roor International BV and Sream, Inc., and Defendants, Smoker's Palace, Inc. and Sohel Dahi, requested a judgment be entered in Plaintiffs' favor and against Garnishee Bank of America, N.A. in the amount of $1,291.12. *Id.*

No objections were filed to the Report and Recommendation as required.[1] After an independent review of the record and upon consideration of the Report

---

[1] *See* footnote one on page two of the Report and Recommendation (Dkt. 49).

and Recommendation (Dkt. 49), this Court finds it is not clearly erroneous or contrary to the law and adopts the same in all respects.[2]

Accordingly, it is hereby **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 49) is **ADOPTED in all respects**;

2. Plaintiffs, Roor International BV and Sream, Inc., whose address is c/o M.A. Dinkin Law Firm, PLLC, 3319 S.R. 7, Suite 303, Wellington, FL 33449, **SHALL RECOVER** from the Garnishee, BANK OF AMERICA, N.A., c/o Joseph A. Noa, Esq., P.O. Box. 941958, Miami, FL 33194, the principal sum of $1,291.12, from Defendant Dahi's BANK OF AMERICA accounts ending in 3515 and 5740 in the names of "Sohel Dahi and Hanna Dahi," to be applied towards partial satisfaction of the Final Judgment, for all of which let execution issue forthwith;

3. Upon payment of $1,291.12, the Garnishee **SHALL RELEASE** the hold on Defendant Dahi's accounts and shall be discharged from further liability under the writ;

---

[2] Plaintiffs advised the Court, per United States Magistrate Judge Monte C. Richardson's instruction, that they have paid the statutory garnishment fee to the Garnishee's counsel, pursuant to Fla. Stat. § 77.28. (Dkt. 50).

4. Defendant Dahi **SHALL PAY** an additional sum of $9,000 within fourteen (14) days from the entry date of this Order for a total settlement amount of $10,291.12;

5. Plaintiffs **SHALL SATISFY** the judgment of record upon receipt of the settlement amount as payment in full; and that all disbursements by the Garnishee shall be made to Plaintiffs' counsel, Mitchell A. Dinkin, Esq., M.A. Dinkin Law Firm, PLLC, 3319 S.R. 7, Suite 303, Wellington, FL 33449;

6. The Clerk is **DIRECTED** to terminate all pending motions and close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of May, 2021.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

**Copies to:**
Hon. Monte C. Richardson
Mitchell A. Dinkin, Esq.
Jamie Alan Sasson, Esq.
Joseph Noa, Esq.
Smoker's Palace, Inc.
    c/o Sohel Dahi, President
    3316 Warnell Drive
    Jacksonville, FL 32216
Sohel Dahi, *pro se* plaintiff
    3316 Warnell Drive
    Jacksonville, FL 32216